The Boy Scouts of America
is proud to award the rank of

# EAGLE SCOUT

to

*Wesley Adam Upchurch*

Troop 75
Memphis, TN

in recognition of successful completion of all
requirements for Scouting's highest rank

August 31, 2004
DATE

HONORARY PRESIDENT

PRESIDENT

CHIEF SCOUT EXECUTIVE

558
COUNCIL NUMBER



56-708B

2004 Boy Scouts of America